

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Terri Thompson,                         \* From the County Court at Law No. 1
of Ector County,
Trial Court No. CC-18-0038-CV

Vs. No. 11-21-00192-CV            \* December 30, 2022

Gilbert Gonzales, III,                \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Terri Thompson.